AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
ANTHONY OMOLEWA

## SUMMONS IN A CRIMINAL CASE

Case Number:     CR 06-60-JJF

REDACTED

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before:  Honorable Mary Pat Thynge, U.S. Magistrate Judge | 6/15/06 AT 1:00 PM |

\*\* Please report to the U.S. Marshal's service in Room# 1100 by 12:00 PM

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    X Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title    18    United States Code, Section(s)    1341 & 1343

Brief description of offense:

MAIL FRAUD - ( COUNTS I THRU , III )

WIRE FRAUD - ( COUNTS IV THRU VI )

BY: _/s/ M. Kincaid_ ; Deputy Clerk     June 8, 2006 at Wilmington, DE
Signature of Issuing Officer                                    Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Cert Mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _6-13-06_
         Date

_OW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *N Edwards* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): N Edwards   C. Date of Delivery: 6-9-06 |
| 1. Article Addressed to:<br><br>Anthony Omolewa | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

2. Article Number: 7004 1160 0006 7939 8364

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

