UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  vs.<br><br>Anthony Omolawa<br>   Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR 06-60 (JJF)<br>)<br>)<br>)<br>)<br>) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on June 22, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until August 11, 2006 The time between the date of this order and August 11, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                 Honorable Mary Pat Thynge
                 U.S. Magistrate Judge

cc: Defense Counsel
   United States Attorney