IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-60-JJF |
| ANTHONY OMOLEWA, | : |
| Defendant. | : |

### MOTION FOR ENLARGEMENT OF TIME

Now comes the United States of America, by and through its undersigned attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant U.S. Attorney, and hereby respectfully requests an enlargement of time within which to file pretrial motions. Discovery has just been completed today, and counsel for the defendant will need time to review and respond to the discovery. Therefore, the parties respectfully request that the time for filing of pretrial motions be extended until September 7, 2006.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

BY:      /s/
            Beth Moskow-Schnoll
            Assistant United States Attorney

Dated: August 17, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-60-JJF |
| ANTHONY OMOLEWA, | : |
| Defendant. | : |

**ORDER**

And now, this _____ day of _____, 2006, having considered the parties' request for an enlargement of time within which to file pretrial motions, it is hereby ORDERED that the deadline for the defendant to file pretrial motions is extended until September 7, 2006. The time between the date of this order and September 7, 2006, shall be excludable under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge