IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-60 JJF |
| ANTHONY OMOLEWA, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, a Status Conference has been set in the above-captioned case for Thursday, October 19, 2006 at 4:30 p.m.;

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 13);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Status Conference set for October 19, 2006 is **CANCELLED**.

2. A Rule 11 hearing will be held on **Thursday, October 19, 2006 at 4:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

3. The time between the date of this Order and October 19, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 <u>et seq</u>.)

FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

October 18, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE